COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Sam Glasscock III
VICE CHANCELLOR

CHANCERY COURTHOUSE
34 The Circle
GEORGETOWN, DELAWARE 19947
AND
Leonard L. Williams Justice Center
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19980-3734

March 28, 2018

Richard Berl, Jr., Esquire
Berl & Feinberg LLP
34382 Carpenter's Way, Suite 3
Lewes, Delaware 19958

Michael S. Davis
Debra L. Davis
1297 North Bend Road
Jarrettsville, Maryland 21084

RE: *Pullin v. Davis*, C.A. No. 11829-VCG

Dear Litigants:

The Plaintiffs' request for attorney's fees was filed after my Final Order was entered. This matter is currently on appeal and I am without jurisdiction. Accordingly, I will take no further action on the Pullins' request for fee shifting.

Mr. Davis responded to my request for commentary on the fee request by sending a letter directly to me in chambers. As Davis is undoubtedly aware, all correspondence must be directed through the Register in Chancery and filed on the docket. I have forwarded Davis' letter to the Register for filing; in the future, I will return correspondence from any party sent directly to me to the sender, unopened.

As to the substance of Davis's response, he sent me two one-dollar bills and asked me to distribute one dollar to the Pullins and one dollar to their counsel. While Oscar Wilde was no doubt himself indulging in sarcasm when he adjudged sarcasm the lowest form of wit, I find much truth in the sentiment. I have asked the Register in Chancery to send a check to Mr. Davis for $1.53, representing $2 cash paid less the cost of postage incurred by the State. Alas, the cost to the taxpayers of state employees' time expended is unrecoverable.

To the extent that the foregoing requires an order to take effect, IT IS SO ORDERED.

Sincerely,

/s/ Sam Glasscock III

Vice Chancellor

cc:     Register in Chancery